**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **BERNICE CRAWFORD,** | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-310 |
| | ) | (Phillips) |
| **NATIONAL HEALTHCARE CORPORATION** | ) | |
| **d/b/a NHC FORT SANDERS,** | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

This matter is before the court on the parties' Joint Motion to Substitute a Party [Doc. 12]. The parties request that defendant National HealthCare Corporation d/b/a NHC Fort Sanders ("NHC Fort Sanders") be dismissed as a party. The parties also request that Knoxville Health Care Center, L.P. d/b/a NHC Healthcare Ft. Sanders ("Knoxville Health Care") be substituted as a defendant. NHC Fort Sanders is operated by Knoxville Health Care, which is the license holder of the facility. [Doc. 7-1 at 1].

For good cause shown, the cause of action against NHC Fort Sanders is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that Knoxville Health Care Center, L.P. d/b/a NHC HealthCare Ft. Sanders be **SUBSTITUTED** as a defendant. The case will now be styled *Bernice Crawford v. Knoxville Health Care Center, L.P. d/b/a NHC HealthCare Ft. Sanders*.

In addition, NHC Fort Sanders' Motion for Partial Summary Judgment [Doc. 7] is **DENIED AS MOOT**. Now that NHC Fort Sanders is no longer a party to this lawsuit, their

1

Motion for Partial Summary Judgment [Doc. 7] is **MOOT**.

      **IT IS SO ORDERED**.

      **ENTER:**

                s/ Thomas W. Phillips
                United States District Judge